IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

PRISCILLA O. GAULT                                                                         PLAINTIFF

    v.                                      CIVIL NO. 10-3050

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                             DEFENDANT

## JUDGMENT

For reasons stated in a memorandum opinion of this date, the clerk is directed to administratively terminate the instant case.  Further, the Defendant is directed to supplement the administrative record, as appropriate, **within 60 days** from the date this Judgment is entered. Should the Defendant be unable to supplement the record, he is further directed to notify the undersigned as such.

IT IS SO ORDERED this 20th day of July 2011.

*/s/ J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF U.S. MAGISTRATE JUDGE

**AO72A**
**(Rev. 8/82)**