IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION


PRISCILLA O. GAULT                                                                                      PLAINTIFF

     v.                                      CIVIL NO. 10-3050

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                        DEFENDANT

## JUDGMENT

For reasons stated in the memorandum opinion of this date, the undersigned hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice.  **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED this 12th day of September 2011.

                                                /s/ J. Marschewski
                                     HON. JAMES R. MARSCHEWSKI
                                     CHIEF U.S. MAGISTRATE JUDGE